**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                            Case No. 08-cr-76-PB

<u>Michael Horrigan</u>

**O R D E R**

The defendant, through counsel, has moved to continue the September 3, 2008 trial in the above case, citing the need for additional time to complete a residential drug treatment program and engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 3, 2008 to January 6, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

  The August 26, 2008 final pretrial conference is continued to December 22, 2008 at 4:00 p.m.

  SO ORDERED.

              <u>/s/Paul Barbadoro</u>
              Paul Barbadoro
              United States District Judge

August 20, 2008

cc: Bjorn Lange, Esq.
   Debra Walsh, AUSA
   United States Probation
   United States Marshal