**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                              08-cr-76-01-PB

<u>Michael W. Horrigan</u>

### **O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.  Defendant violated a number of rules of conduct at Phoenix House and has been discharged from the program.  The escalating violations of rules has convinced experienced drug counselors and Probation Officers that defendant is slipping into old habits.  For that reason, I find that there is not clear and convincing evidence that he is not a danger to the community.  The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On

order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

                                            /s/ James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: April 17, 2009

cc:    Bjorn R. Lange, Esq.
       Debra M. Walsh, Esq.
       U.S. Marshal
       U.S. Probation